1  Jonathan W. Carlson (Nevada Bar No. 10536)
   MCCORMICK BARSTOW, LLP
2  8337 W. Sunset Road, Suite 350
   Las Vegas, Nevada 89113
3  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
4  Email: jonathan.carlson@mccormickbarstow.com

5  -and-

6  Richard A. Lazenby (*pro hac vice*)
   Email: rlazenby@victorrane.com
7  Michael Cutler (*pro hac vice*)
   Email: mcutler@victorrane.com
8  VICTOR RANE
   9350 Wilshire Boulevard, Suite 308
9  Beverly Hills, California 90212
   Telephone: (310) 310-4849
10 Facsimile: (310) 388-4869

11 Attorneys for Defendant
   SPIRIT AIRLINES, INC.
12
   -and-
13
   Jonathan B. Lee (Nevada Bar No. 13524)
14 RICHARD HARRIS LAW FIRM
   801 South Fourth Street
15 Las Vegas, Nevada 89101
   Telephone: (702) 444-4444
16 Facsimile: (702) 444-4455
   Email: jlee@richardharrislaw.com
17
   Attorneys for Plaintiff
18 OLIVIA HARELY

19                    UNITED STATES DISTRICT COURT

20                         DISTRICT OF NEVADA

| 21 | OLIVIA HARELY, | Case No.: 2:21-cv-01011-GMN-EJY |
|---|---|---|
| 22 | Plaintiff, | **STIPULATION FOR WITHDRAWAL OF ATTORNEY PETER E. SCHNAITMAN FROM THIS CASE AND [PROPOSED] ORDER** |
| 23 | vs. | |
| 24 | SPIRIT AIRLINES, INC., a foreign corporation; DOE EMPLOYEES; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally, | **LR IA 11-6(b)** |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

1  The parties through their counsel of record hereto stipulate, pursuant to LR IA 11-6(b),
2  that attorney Peter E. Schnaitman shall be withdrawn from this case as attorney for Defendant,
3  Spirit Airlines, Inc., due to Mr. Schnaitman no longer being affiliated with the law firm Victor
4  Rane. Defendant, Spirit Airlines, Inc. has been concurrently served with this notice and proposed
5  order.
6  All notices given or required to be given and all papers served or required to be served to
7  the parties in this case shall continue to be given and served upon the following counsel of record
8  for Spirit Airlines:

Richard A. Lazenby (*pro hac vice*)
Email: rlazenby@victorrane.com
Michael Cutler (*pro hac vice*)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Telephone: (310) 310-4849
Facsimile: (310) 388-4869

-and-

Jonathan W. Carlson (Nevada Bar No. 10536)
MCCORMICK BARSTOW, LLP
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 919-1100
Facsimile: (702) 949-1101
Email: jonathan.carlson@mccormickbarstow.com

/ /

/ /

/ /

/ /

/ /

/ /

/ /

STIPULATION FOR WITHDRAWAL OF ATTORNEY AND
[PROPOSED] ORDER
CASE NO.: 2:21-CV-01011-GMN-EJY
- 2 -

**STIPULATED AND AGREED TO:**

DATED this 21 day of October, 2021    RICHARD HARRIS LAW FIRM

By: /s/ Jonathan B. Lee *(w/ permission)*
Jonathan B. Lee, Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455

Attorneys for Plaintiff
Olivia Harely

DATED this 21 day of October, 2021    McCORMICK BARSTOW, LLP

By: /s/ Jonathan W. Carlson *(w/ permission)*
Jonathan W. Carlson, Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
Spirit Airlines, Inc.

DATED this 21 day of October, 2021    VICTOR RANE

By: _____
Richard A. Lazenby (*pro hac vice*)
Michael Cutler (*pro hac vice*)
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California, 90212
Telephone: (310) 310-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
Spirit Airlines, Inc.

DATED this 21 day of October, 2021    By: _____
Peter E. Schnaitman (*pro hac vice*)

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and withdrawal of attorney Peter E. Schnaitman from this case.

**IT IS SO ORDERED.**

Dated: October 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE