Jonathan W. Carlson (Nevada Bar No. 10536)
MCCORMICK BARSTOW, LLP
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
Email: jonathan.carlson@mccormickbarstow.com

-and-

Richard A. Lazenby (*pro hac vice*)
Email: rlazenby@victorrane.com
Michael Cutler (*pro hac vice*)
Email: mcutler@victorrane.com
Jacqueline D. DeWarr (*pro hac vice*)
Email: jdewarr@victorrane.com
VICTOR RANE
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Telephone: (310) 310-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
SPIRIT AIRLINES, INC.

-and-

Jonathan B. Lee (Nevada Bar No. 13524)
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: jlee@richardharrislaw.com

Attorneys for Plaintiff
OLIVIA HARELY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA HARELY,<br><br>          Plaintiff,<br><br>     vs.<br><br>SPIRIT AIRLINES, INC., a foreign corporation; DOE EMPLOYEES; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally,<br><br>          Defendants. | Case No.: 2:21-cv-01011-GMN-EJY<br><br>**JOINT REQUEST TO EXTEND DATE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO SPIRIT AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

The parties through their counsel of record hereto jointly request that the Court extend the due date for Spirit Airlines, Inc. ("Spirit") to file a reply to Plaintiff's response to Spirit's motion for summary judgment currently January 2, 2023 (Dkt. 46), one week through January 9, 2023, due to the upcoming holidays.

Dated this 20th day of December, 2022.

**RICHARD HARRIS LAW FIRM**

*/s/ Jonathan B. Lee*
_____
Jonathan B. Lee, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Olivia Harely*

Dated this 20th day of December, 2022.

**VICTOR RANE/**
**MCCORMICK BARSTOW, LLP**

/s/ *Michael Cutler*
_____
Richard A. Lazenby, Esq. (pro hac vice)
Michael Cutler, Esq. (pro hac vice)
Jacqueline Dewarr, Esq. (pro hac vice)
Victor Rane
9350 Wilshire Boulevard, Ste. 308
Beverly Hills, California 90212

Jonathan W. Carlson, Esq.
McCormick Barstow
8337 W. Sunset Road, Ste. 350
Las Vegas, Nevada 89113
*Attorneys for Spirit Airlines, Inc.*

*All signatories listed concur in the filing's content and have authorized this filing.*

## ORDER

**IT IS SO ORDERED.**

Dated this  21  day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

JOINT REQUEST TO EXTEND DATE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO SPIRIT AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21−CV−01011−GMN−EJY

- 2 -