1  Jonathan W. Carlson (Nevada Bar No. 10536)
   MCCORMICK BARSTOW, LLP
2  8337 W. Sunset Road, Suite 350
   Las Vegas, Nevada 89113
3  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
4  Email: jonathan.carlson@mccormickbarstow.com

5  -and-

6  Richard A. Lazenby (*pro hac vice*)
   Email: rlazenby@victorrane.com
7  Michael Cutler (*pro hac vice*)
   Email: mcutler@victorrane.com
8  Jacqueline D. DeWarr (*pro hac vice*)
   Email: jdewarr@victorrane.com
9  VICTOR RANE
   9350 Wilshire Boulevard, Suite 308
10 Beverly Hills, California 90212
   Telephone: (310) 310-4849
11 Facsimile: (310) 388-4869

12 Attorneys for Defendant
   SPIRIT AIRLINES, INC.
13
   -and-
14
   Jonathan B. Lee (Nevada Bar No. 13524)
15 RICHARD HARRIS LAW FIRM
   801 South Fourth Street
16 Las Vegas, Nevada 89101
   Telephone: (702) 444-4444
17 Facsimile: (702) 444-4455
   Email: jlee@richardharrislaw.com
18
   Attorneys for Plaintiff
19 OLIVIA HARELY

20                       UNITED STATES DISTRICT COURT

21                            DISTRICT OF NEVADA

| | |
|---|---|
| 22  OLIVIA HARELY, | Case No.: 2:21-cv-01011-GMN-EJY |
| 23          Plaintiff, | **STIPULATION OF DISMISSAL** |
| 24       vs. | |
| 25  SPIRIT AIRLINES, INC., a foreign corporation; DOE EMPLOYEES; ROE BUSINESS ENTITIES 1 through 100, inclusive jointly and severally, | |
| 26 | |
| 27          Defendants. | |
| 28 | |

STIPULATION OF DISMISSAL
CASE NO.: 2:21−CV−01011−GMN−EJY

Plaintiff Olivia Harely and Defendant Spirit Airlines, Inc. through their counsel of record hereby Stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1)(ii). Plaintiff and Defendant are to bear their own fees and costs associated with this case.

Dated this 29th day of March, 2023.

**RICHARD HARRIS LAW FIRM**

/s/ Jonathan B. Lee

Jonathan B. Lee, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Olivia Harely*

Dated this 29th day of March, 2023.

**VICTOR RANE/**
**MCCORMICK BARSTOW, LLP**

/s/ Michael Cutler

Richard A. Lazenby, Esq. (pro hac vice)
Michael Cutler, Esq. (pro hac vice)
Jacqueline Dewarr, Esq. (pro hac vice)
Victor Rane
9350 Wilshire Boulevard, Ste. 308
Beverly Hills, California 90212

Jonathan W. Carlson, Esq.
McCormick Barstow
8337 W. Sunset Road, Ste. 350
Las Vegas, Nevada 89113
*Attorneys for Spirit Airlines, Inc.*

*All signatories listed concur in the filing's content and have authorized this filing.*

**ORDER**

IT IS SO ORDERED this  29  day of      March      , 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT